**United States District Court**
For the Northern District of California

***E-FILED 9/15/2008***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SANCHEZ,<br><br>  Plaintiff,<br>  v.<br><br>SUZETTE Z. TORRES, FIRST AMERICAN TITLE, JANE E. BEDNAR, NAM NGUYEN, HOMECOMINGS FINANCIAL NETWORK, CITIMORTGAGE, INC., JEFFERY H. LOWENTHAL, BRYAN M. KRAFT, ANGELO PAUL RUSSO, CITY OF SALINAS, ADAM M. GREELY, ANDY PHAM, MONTEREY COUNTY, EXECUTIVE TRUSTEE SERVICES, LOANCITY.COM, JOHN H. MITCHELL,<br><br>  Defendants.<br> _____/ | No. C07-04174 HRL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE** |

Plaintiff moves to continue the motion hearings on defendants' motions to dismiss set for September 16, 2008. The court finds that her eleventh hour request (filed just today) fails to establish good cause for delay. Plaintiff has been aware of defendants' pending motions to dismiss for months; and, this court previously continued the hearings at her request. Nevertheless, the court will grant plaintiff's request for a "short continuance." Defendants' motions to dismiss (Docket #24, 28, 33) will be heard on **September 30, 2008, 10:00 a.m. in Courtroom 2**. **Plaintiff is advised that this continuance is final. No further requests for**

**continuance will be entertained**.

SO ORDERED.

Dated: September 15, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:07-cv-4174 Notice has been electronically mailed to:**

2  Citimortgage, Inc. jlowenthal@steyerlaw.com

3  Edward Egan Smith esmith@steyerlaw.com, aroque@steyerlaw.com

4  Jessica Carolyn Grannis jgrannis@steyerlaw.com

5  Susan J. Matcham susanm@ci.salinas.ca.us, georgina@ci.salinas.ca.us, julian@ci.salinas.ca.us

6  William K. Rentz rentzb@co.monterey.ca.us, zazuetac@co.monterey.ca.us

7  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

9  **5:07-cv-4174 Notice mailed to:**

10 Christina Sanchez
834 Tumbleweed Drive
11 Salinas, CA 93905

12       Pro Se Plaintiff

3