**United States District Court**
For the Northern District of California

***E-FILED 1/29/2009***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SANCHEZ, | No. C07-04174 HRL |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME** |
| SUZETTE Z. TORRES, FIRST AMERICAN TITLE, JANE E. BEDNAR, NAM NGUYEN, HOMECOMINGS FINANCIAL NETWORK, CITIMORTGAGE, INC., JEFFERY H. LOWENTHAL, BRYAN M. KRAFT, ANGELO PAUL RUSSO, CITY OF SALINAS, ADAM M. GREELY, ANDY PHAM, MONTEREY COUNTY, EXECUTIVE TRUSTEE SERVICES, LOANCITY.COM, JOHN H. MITCHELL, | **[Re: Docket No. 55]** |
| Defendants. | |

On December 18, 2008, this court granted the motion to dismiss filed by the sole remaining defendant, the County of Monterey ("County"), with leave to amend. The order directed plaintiff to file her amended complaint as to the County by January 19, 2009, and further, stated that "[i]f Sanchez has not filed it by that date, or secured an extension of time based on good cause, the court will dismiss as to Monterey without further notice." (Docket #52, December 18, 2008 Order at 11:24-25). On the day her amended pleading was due, Sanchez did not file an amended complaint. Instead, she filed a request seeking an unspecified

1  additional period of time to do so. She asserted that she could not file her amended pleading by
2  the court-ordered deadline because of an alleged "medical condition" and because she did not
3  "obtain legal advice in time." (See Docket #55). The County opposes Sanchez's request for an
4  extension.

5  Sanchez has not established good cause for an extension of time. As detailed in prior
6  orders of this court, plaintiff has, throughout this litigation, consistently failed to (a) timely file
7  papers with the court, (b) meet court-ordered deadlines, and (c) make scheduled court
8  appearances. The fact that Sanchez is representing herself does not absolve her of the
9  responsibility to diligently prosecute her case and to adhere to rules that all litigants are required
10 to follow. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (finding that pro per litigants
11 must follow the same procedural rules as represented parties). In any event, the court notes that
12 plaintiff previously has filed several amended complaints in this action on her own and never
13 until now suggested the need or desire to "obtain legal advice." Further, Sanchez's vague and
14 unsupported assertions as to an alleged "medical condition" are insufficient to establish good
15 cause for an extension.

16 Nevertheless, this court will exercise its discretion to permit Sanchez some additional
17 time to file her amended pleading as to the County of Monterey. Accordingly, Sanchez's
18 amended complaint as to the County shall be filed no later than **February 17, 2009**. No further
19 requests for an extension of this deadline will be entertained unless plaintiff submits a
20 declaration under penalty of perjury from a physician licensed to practice in California that her
21 "medical condition" has, in fact, prevented her continuously since January 19, 2009 from
22 drafting and filing an amended pleading and stating the reason for her inability as well as the
23 date when she will be able.

24 SO ORDERED.

25 Dated:   January 29, 2009

26 HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

27
28

2

**5:07-cv-4174 Notice electronically mailed to:**

Citimortgage, Inc. jlowenthal@steyerlaw.com

Edward Egan Smith esmith@steyerlaw.com, aroque@steyerlaw.com

Georgina Berenice Mendoza georgina@ci.salinas.ca.us, julian@ci.salinas.ca.us, susanm@ci.salinas.ca.us

Jessica Carolyn Grannis jgrannis@steyerlaw.com

Susan J. Matcham susanm@ci.salinas.ca.us, georgina@ci.salinas.ca.us, julian@ci.salinas.ca.us

William K. Rentz rentzb@co.monterey.ca.us, zazuetac@co.monterey.ca.us

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:07-cv-4174 Notice mailed to:**

Christina Sanchez
834 Tumbleweed Drive
Salinas, CA 93905

3