**United States District Court**
For the Northern District of California

**\*E-FILED 5/14/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SANCHEZ, | No. C07-04174 HRL |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S "MOTION TO RECONSIDER SET ASIDE DISMISSAL ORDER"** |
| SUZETTE Z. TORRES, FIRST AMERICAN TITLE, JANE E. BEDNAR, NAM NGUYEN, HOMECOMINGS FINANCIAL NETWORK, CITIMORTGAGE, INC., JEFFERY H. LOWENTHAL, BRYAN M. KRAFT, ANGELO PAUL RUSSO, CITY OF SALINAS, ADAM M. GREELY, ANDY PHAM, MONTEREY COUNTY, EXECUTIVE TRUSTEE SERVICES, LOANCITY.COM, JOHN H. MITCHELL, | [Re: Docket No. 61] |
| Defendants. | |

On December 18, 2008, this court entered an order dismissing certain defendants without leave to amend and dismissing certain others without prejudice. Plaintiff later filed a motion to "set aside" that order. That motion was denied on January 29, 2009 because plaintiff failed to present any material facts or legal issues which would warrant the filing of a motion for reconsideration. See CIV. L.R.7-9(b). Plaintiff now moves for leave to file a motion for reconsideration of the January 29, 2009 order.[1]

---

[1] "No party may notice a motion for reconsideration without first obtaining leave of Court to file the motion." Civ. L.R. 7-9(a). Although the instant motion is titled as one seeking reconsideration, this court will treat it as motion seeking leave to file a motion

1    Upon consideration of the papers submitted, this court finds that no further briefing or
2 hearing is necessary, and the noticed motion hearing is vacated.  See Civ. L.R. 7-1(b), 7-9(d).
3 Now, nearly one year after the fact, Sanchez presents two proofs of service indicating that the
4 Second Amended Complaint ("SAC") was served in July 2008 on defendant LoanCity.com (by
5 mail) and on some other (unspecified) defendant (by leaving a copy of the pleading with his
6 wife, Hong Tran).  Sanchez says that she did not bring these proofs of service to the court's
7 attention earlier because she recently had "leg surgery" and because she did not receive this
8 court's January 29, 2009 order.[2]  She has submitted a one-page document titled "Patient Visit
9 Information" indicating she (under the name "Van K Lai") received treatment for a skin abscess
10 on March 1, 2009.  This does not sufficiently explain the long delay in filing the above-
11 referenced proofs of service.

12    In any event, the upshot of the December 18, 2008 dismissal order was that Sanchez
13 failed to allege any facts which would support a federal claim for relief, despite having had
14 several opportunities to do so.  The belatedly filed proofs of service would not have changed
15 this court's decision that (with one exception as to defendant Monterey County) Sanchez cannot
16 construct a federal claim out of her allegations as to the properties in question.  Accordingly, the
17 court concludes that the proofs of service do not warrant the filing of a  motion for
18 reconsideration or the setting aside of this court's December 18, 2008 and January 29, 2009

21 for reconsideration.

---

[2] Just prior to the filing of the instant motion, Sanchez appeared before this court during its regular civil law and motion calendar in the mistaken belief that a motion hearing had been set in this case. At that time, plaintiff said that she did not receive this court's January 29, 2009 Order at the 834 Tumbleweed Drive, Salinas, CA 93905 address of record and claimed that she had recently moved to a different address. The court's records indicate that, on February 6, 2009, orders issued on January 29, 2009 were returned by the post office as undeliverable. (Docket #60). Sanchez was advised to review the court's orders in the Clerk's Office. She was also directed to promptly file a notice of change of address. To date, no such notice has been filed. Curiously, instead of filing a notice of change of address, plaintiff proceeded to file the instant motion which continues to identify the address at 834 Tumbleweed Drive, Salinas, CA 93905 as her contact information. Accordingly, this order will be sent to Sanchez there. However, Sanchez is advised that the failure to keep the court and opposing counsel apprised of her current contact information is grounds for dismissal. See Civ. L.R. 3-11.

2

1 | orders. Plaintiff's motion is denied.
2 |     SO ORDERED.
3 | Dated:  May 14, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

3

**5:07-cv-4174 Notice electronically mailed to:**

Citimortgage, Inc. jlowenthal@steyerlaw.com

Edward Egan Smith esmith@steyerlaw.com, aroque@steyerlaw.com

Georgina Berenice Mendoza georgina@ci.salinas.ca.us, julian@ci.salinas.ca.us, susanm@ci.salinas.ca.us

Jessica Carolyn Grannis jgrannis@steyerlaw.com

Lucas Erskine Gilmore lgilmore@steyerlaw.com, aroque@steyerlaw.com, jcohoe@steyerlaw.com

Susan J. Matcham susanm@ci.salinas.ca.us, georgina@ci.salinas.ca.us, julian@ci.salinas.ca.us

William K. Rentz rentzb@co.monterey.ca.us, zazuetac@co.monterey.ca.us

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:07-cv-4174 Notice mailed to:**

Christina Sanchez
834 Tumbleweed Drive
Salinas, CA 93905